CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVEN NICHOLSON, <br><br> Plaintiff(s), <br><br> vs. <br><br> ARTISAN AND TRUCKERS CASUALTY COMPANY, <br><br> Defendant(s). | JUDGE PATRICIA A. GAUGHAN |
| | DATE: FEBRUARY 1, 2018 |
| | CASE NUMBER: 1:17CV1394 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: Settlement Conference |

Settlement Conference was held. Case is settled and dismissed with prejudice. The parties will bear their own costs. The Court retains jurisdiction over the settlement.

                                                 /s/ Patricia A. Gaughan
                                                 PATRICIA A. GAUGHAN
                                                 CHIEF JUDGE